IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VINCENT HARRY KOPACEK,<br><br>Defendant. | CR 21-26-BU-DLC<br><br>FINDINGS &<br>RECOMMENDATION<br>CONCERNING PLEA |

The Defendant, by consent, has appeared before me under Fed. R. Crim. P. 11 and has entered a plea of guilty to the charges in Count II of the information (Doc. 14). Count II charges abusive sexual contact, in violation of 18 U.S.C. §2244(a)(3). In exchange for Defendant's plea, the United States has agreed to dismiss counts I and III of the information against the defendant and make the recommendations set out in the plea agreement (Doc. 31).

After examining the Defendant under oath, I have made the following determinations:

1. That the Defendant is fully competent and capable of entering an informed and voluntary plea,

2. That the Defendant is aware of the nature of the charge against him and

1

consequences of pleading guilty to the charge,

3. That the Defendant fully understands his constitutional rights, and the extent to which he is waiving those rights by pleading guilty, and

4. That the plea of guilty is a knowing and voluntary plea, supported by an independent basis in fact sufficient to prove each of the essential elements of the offense charged.

The Court further concludes that the Defendant had adequate time to review the Plea Agreement with counsel, that he fully understands each and every provision of the agreement and that all of the statements in the Plea Agreement are true. Therefore, I recommend that the Defendant be adjudged guilty of abusive sexual contact, in violation of 18 U.S.C. §2244(a)(3), and that sentence be imposed. I further recommend that Counts I and III of the information be dismissed.

**This report is forwarded with the recommendation that the Court defer a decision regarding acceptance until the Court has reviewed the Plea Agreement and the presentence report.**

DATED this 3rd day of February, 2022.

*Kathleen J. DeSoto*
Kathleen L. DeSoto
United States Magistrate Judge