# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> vs. <br><br> **VINCENT HARRY KOPACEK,** <br><br> Defendant. | **CR 21-26-BU-DLC** <br><br> **ORDER GRANTING MOTION TO REVOKE PRETRIAL RELEASE CONDITION ALLOWING TRAVEL** |

The Government moved to revoke the defendant's pretrial release. (Doc. 52). This Court finds there is probable cause to believe the Defendant has violated conditions of supervision, supported by the U.S. Pretrial Services Officer's affidavit given under penalty of perjury. Accordingly,

IT IS ORDERED that a hearing on this matter is set for March 9, 2022 at 2:30 p.m. at the Russell E. Smith Federal Courthouse, 201 E. Broadway Street, Missoula, MT 59802. It is further ordered that the Clerk of Court issue a Summons directing the defendant to appear at this hearing. Defendant and his counsel may both appear at this hearing by Zoom. The Clerk of Court shall notify counsel via e-mail of the meeting ID and password within 24 hours of the hearing. **Zoom Guidance and Setup available at:** https://www.mtd.uscourts.gov/zoom-hearings.

Dated this 3rd day of March, 2022.

                                                   _____
                                                   Honorable Kathleen L. DeSoto
                                                   United States Magistrate Judge